UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STARWALK OF DALLAS LLC; <br> DAVE MOSS MANGEMENT LLC; <br> and KONA-WOOD HOUSTON LLC <br> *individually and on behalf of all* <br> *others similarly situated,* <br><br>   *Plaintiffs,* <br><br> v. <br><br> JP MORGAN CHASE & CO. <br> *d/b/a Chase Bank* <br><br>   *Defendant.* | § § § § § § § § § § § § § <br><br> Civil Action No. 3:20-CV-01005-X |

## ORDER OF DISMISSAL

Having received the parties *Amended Stipulation of Dismissal* [Doc. No. 20], the Court hereby **DISMISSES** all claims by all parties **WITH PREJUDICE**. Each party will bear their own costs, expenses, and attorney's fees.

**IT IS SO ORDERED** this 1st day of February, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1